UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Moose Oil and Gas Co. | § | Case No. 02-33891 |
| | § | |
| Moose Operating Co., Inc. | § | Case No. 02-33892 |
| | § | |
| Debtors | § | Substantively Consolidated |
| | § | Under Case No. 02-33891 |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Eva Engelhart, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

515 Rusk, 5th Floor, Houston, TX 77002

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on __/__/____, in Courtroom  , United States Courthouse,  . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/04/2015          By:   /s/ Eva Engelhart
                                          Trustee

Eva Engelhart
2 Riveway
Suite 700
Houston, TX, 77056

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 02-33891-H5-7 |
|---|---|---|
| | § | |
| Moose Oil and Gas Co | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $1,022,820.56
*and approved disbursements of* $809,614.36
*leaving a balance on hand of[1]:* $213,206.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | RYAN, CHRISTOPHER J. | $156,301.46 | $0.00 | $0.00 | $0.00 |
| 2 | BAKER HUGHES OILFIELD OPERATIONS, I | $45,007.64 | $0.00 | $0.00 | $0.00 |
| 3 | BAKER HUGHES OILFIELD OPERATIONS, I | $72,847.91 | $0.00 | $0.00 | $0.00 |
| 4-1 | Harris County/City of Houston | $0.00 | $305.44 | $0.00 | $0.00 |
| 6-1 | HOUSTON ISD | $0.00 | $691.43 | $0.00 | $0.00 |
| 18 | LAVACA COUNTY | $19,437.22 | $0.00 | $0.00 | $0.00 |
| 19 | LAVACA COUNTY CAD | $37,952.03 | $0.00 | $0.00 | $0.00 |
| 22 | DEWITT COUNTY | $1,572.20 | $0.00 | $0.00 | $0.00 |
| 40 | DOMINION OKLAHOMA TEXAS | $3,018,457.63 | $3,018,457.63 | $0.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| | EXPLORATION | | | | |
| 58 | MARLIN DATA RESEARCH INC | $3,213.51 | $3,213.51 | $0.00 | $0.00 |
| 61 | DEWITT COUNTY | $1,233.13 | $0.00 | $0.00 | $0.00 |
| 62 | DEWITT COUNTY | $1,520.81 | $0.00 | $0.00 | $0.00 |
| 63 | LAVACA COUNTY | $3,107.94 | $0.00 | $0.00 | $0.00 |
| 64 | LAVACA COUNTY | $1,061.29 | $0.00 | $0.00 | $0.00 |
| 65 | LAVACA COUNTY CAD | $6,470.09 | $0.00 | $0.00 | $0.00 |
| 66 | LAVACA COUNTY CAD | $2,043.98 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $213,206.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Eva Engelhart, Trustee Fees | $10,877.74 | $0.00 | $10,877.74 |
| Eva Engelhart, Trustee Expenses | $59.51 | $0.00 | $59.51 |
| Arnold & Ellwood, L.L.P., | $7,898.00 | $7,898.00 | $0.00 |
| Dunn, Arnold, Ellwood & Neal, L.L.P., | $8,122.76 | $8,122.76 | $0.00 |
| George Adams & Company Insurance Agency LLC, | $9,585.00 | $9,585.00 | $0.00 |
| Havis & West, CPAs, | $755.58 | $755.58 | $0.00 |
| Other: Dunn, Arnold , Ellwood & Neal, L.L.P., | $18,987.00 | $18,987.00 | $0.00 |
| Other: Dunn, Arnold, Ellwood & Neal, L.L.P., | $109,133.50 | $109,133.50 | $0.00 |
| Other: Dunn, Arnold, Ellwood & Neal, LLP, | $93,582.50 | $93,582.50 | $0.00 |
| Other: DUNN, ARNOLD, ELWOOD & NEAL, L.L.P., | $3,320.50 | $3,320.50 | $0.00 |
| Other: DUNN, ARNOLD, ELWOOD & NEAL, LLP, | $18,987.00 | $18,987.00 | $0.00 |
| Other: Dunn, Neal & Gerger L.L.P., | $91,819.94 | $91,819.94 | $0.00 |
| Other: Dunn, Neal & Gerger, L.L.P., | $203,721.27 | $203,721.27 | $0.00 |
| Other: Steve Carrigan, | $19,197.50 | $19,197.50 | $0.00 |
| Other: Wist, Holland & Kehlhof, L.L.P., | $4,281.00 | $4,281.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Other: Dunn, Arnold, Ellwood & Neal, LLP, | $3,851.42 | $3,851.42 | $0.00 |
| Other: Dunn, Neal & Gerger L.L.P., | $2,724.24 | $2,724.24 | $0.00 |
| Other: Dunn, Neal & Gerger, L.L.P., | $10,342.07 | $10,342.07 | $0.00 |
| Other: Steve Carrigan, | $280.50 | $280.50 | $0.00 |
| Other: Wist, Holland & Kehlhof, L.L.P., | $717.34 | $717.34 | $0.00 |
| Other: Havis & West, CPAs, | $5,035.00 | $5,035.00 | $0.00 |
| Other: Walter Thomas, | $55,628.75 | $55,628.75 | $0.00 |
| Other: William G. West, P.C., C.P.A., | $7,245.42 | $7,245.42 | $0.00 |
| Other: Walter Thomas, | $9,059.04 | $9,059.04 | $0.00 |
| Other: William G. West, P.C., C.P.A., | $168.02 | $168.02 | $0.00 |
| Other: Jorge Peinado, | $920.00 | $920.00 | $0.00 |
| Other: Michael Vosbein, | $650.00 | $650.00 | $0.00 |
| Other: Ralph Davis Associates, Inc., | $21,613.00 | $21,613.00 | $0.00 |
| Other: Terra Ventures Incorporated, | $16,560.00 | $16,560.00 | $0.00 |
| Other: RAILROAD COMMISSION OF TEXAS, Other Chapter 7 Administrative Expenses | $293,924.70 | $81,133.46 | $202,268.95 |
| Other: Ralph Davis Associates, Inc., | $460.75 | $460.75 | $0.00 |
| Other: Schmitt Reporting, | $1,584.26 | $1,584.26 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $213,206.20
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $20,225.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 4 | Harris County/City of Houston | $479.99 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 5 | WHARTON COUNTY | $1,575.23 | $0.00 | $0.00 |
| 6 | HOUSTON ISD | $255.37 | $0.00 | $0.00 |
| 63-2 | LAVACA COUNTY | $5,074.68 | $0.00 | $0.00 |
| 65-2 | LAVACA COUNTY CAD | $10,566.29 | $0.00 | $0.00 |
| 67 | DEWITT COUNTY | $2,273.93 | $0.00 | $0.00 |

                Total to be paid to priority claims:    $0.00
                Remaining balance:    $0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $2,717,001.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 11 | ROGER A SOAPE INC | $7,327.69 | $0.00 | $0.00 |
| 12 | SEABOARD INTERNATIONAL | $70,329.69 | $0.00 | $0.00 |
| 15 | EMINENT OIL & GAS, INC | $9,413.43 | $0.00 | $0.00 |
| 16 | BENCHMARK ASSETS II COMPANY | $161,828.40 | $0.00 | $0.00 |
| 17 | GEOCA SOUTHWEST, LTD. | $17,664.73 | $0.00 | $0.00 |
| 20 | ALKEK 1996-I,LP | $6,458.79 | $0.00 | $0.00 |
| 21 | ALKEK, SHIRLEY | $16,800.00 | $0.00 | $0.00 |
| 23 | FESCO LTD | $34,431.73 | $0.00 | $0.00 |
| 25 | MARGARET GEER WALKER/WALKER & WALKE | $174,847.11 | $0.00 | $0.00 |
| 26 | HELMERICH & PAYNE INTERNATIONAL DRI | $38,141.82 | $0.00 | $0.00 |
| 27 | GEOCA SOUTHWEST, LTD. | $384.89 | $0.00 | $0.00 |
| 28 | BOYER EWING INC. | $6,902.06 | $0.00 | $0.00 |
| 29 | BJ SERVICES COMPANY USA | $75,552.82 | $0.00 | $0.00 |
| 30 | DORIS BARNES, IND & IND EXE EST OF | $1,000,000.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 34 | CROSS ROADS OIL FIELD SUPPLY, INC. | $28,621.12 | $0.00 | $0.00 |
| 35 | PRATKA SERVICES., INC | $20,241.22 | $0.00 | $0.00 |
| 36 | BHCH MINERAL JOINT VENTURE | $171.64 | $0.00 | $0.00 |
| 37 | GRANT GEOPHYSICAL, INC. | $2,750.00 | $0.00 | $0.00 |
| 38 | Macklin K Johnson | $854.16 | $0.00 | $0.00 |
| 39 | HULL, JOHN A. | $12,273.09 | $0.00 | $0.00 |
| 41 | ALKEK 1996-1 LP | $128,486.00 | $0.00 | $0.00 |
| 42 | SHIRLEY ALKEK | $25,054.00 | $0.00 | $0.00 |
| 43 | A B ALKEK JR | $28,566.00 | $0.00 | $0.00 |
| 44 | JAMES E CLARK JR | $39,431.00 | $0.00 | $0.00 |
| 45 | DULWORTH, JACK T | $15,692.00 | $0.00 | $0.00 |
| 46 | DULWORTH, MARK | $7,844.00 | $0.00 | $0.00 |
| 47 | KIM M GEOCA | $34,829.00 | $0.00 | $0.00 |
| 49 | EDITH A K WALKER | $35,950.00 | $0.00 | $0.00 |
| 50 | C FRANK ROBINSON | $855.00 | $0.00 | $0.00 |
| 52 | AUDREW WRAY | $302.00 | $0.00 | $0.00 |
| 54 | WALKER & WALKER LLC | $238,329.00 | $0.00 | $0.00 |
| 55 | WALKER, DAVID HARRIS | $35,950.00 | $0.00 | $0.00 |
| 56 | DULWORTH, MARK | $302.00 | $0.00 | $0.00 |
| 57 | WRAY, MARCUS F. | $382,180.00 | $0.00 | $0.00 |
| 59 | ROGER A SOAPE INC | $58,237.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

UST Form 101-7-NFR (10/1/2010)

only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Eva Engelhart
Trustee

Eva Engelhart
2 Riverway
Suite 700
Houston, TX, 77056

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**